IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
KARLA GONZALEZ and RITO PEREZ-    *
GONZALEZ, individually; and       *
EILEEN PEREZ-GONZALEZ, a          *
Minor, by and through her duly    *
appointed Conservator,            *
JULIANNE GROW GLISSON,            *
                                  *
     Plaintiffs,                  *
                                  *          CV 422-204
          v.                      *
                                  *
WAUPACA ELEVATOR COMPANY,         *
INC.,                             *
                                  *
     Defendant/Third-Party        *
     Plaintiff,                   *
                                  *
MOTOVARIO CORPORATION and         *
ELEVATOR-LIFT SYSTEMS, INC.,      *
                                  *
     Third-Party Defendants.      *
                                  *
```

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 76.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA